**Jon David BROOKS, Appellant,**

v.

**UNITED STATES OF AMERICA,
Appellee.**

No. 05–2838.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 3, 2005.

Decided: Nov. 9, 2005.

Jon David Brooks, Duluth, MN, pro se.

Jenny Chaplinski, Degree Law Office, Minneapolis, MN, for Appellant.

Andrew R. Winter, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Jon David Brooks filed a 28 U.S.C. § 2255 motion to vacate Brooks's sentence based on the Supreme Court's decision in *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). The district court [*] denied relief, but granted a certificate of appealability on whether the ruling in *Blakely*—and now *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)—applies retroactively to cases on collateral review. The rule announced in *Booker* does not apply to

[*] The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

final criminal judgments on collateral review. *See Never Misses A Shot v. United States,* 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.